PAUL, HASTINGS, JANOFSKY & WALKER LLP
Robert L. Sherman (RS 5520)
Sara J. Crisafulli (SC 6185)
75 East 55th Street
New York, NY 10022
(212) 318-6000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nine West Development Corporation and Nine West Footwear Corporation,<br><br>                          Plaintiffs,<br><br>             - against -<br><br>Does 1-10,<br><br>                          Defendants. | Civil Action No: _____  |

### CERTIFICATE PURSUANT TO F.R.C.P. 7.1

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiffs Nine West Development Corporation and Nine West Footwear Corporation certifies that Nine West Development Corporation and Nine West Footwear Corporation are wholly owned, indirect subsidiaries of Jones Apparel Group, Inc., a publicly held corporation.

Dated:  August 24, 2007
        New York, NY

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:  /s/ Robert L. Sherman
     Robert L. Sherman (RS 5520)
     Sara J. Crisafulli (SC 6185)
75 East 55th Street
New York, NY 10022-3205
Telephone: (212) 318-6000

Attorneys for Plaintiffs

LEGAL_US_E # 76243850.1