**Paul**Hastings

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12|13|07

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 · facsimile 212-319-4090 · www.paulhastings.com

RECEIVED
DEC 1 2 2007
CHAMBERS OF
DENISE COTE

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(212) 318-6037
robertsherman@paulhastings.com

December 12, 2007

35279.00019

**MEMO ENDORSED**

**BY HAND**

Honorable Denise Cote
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

Re:    Nine West Development Corporation and Nine West Footwear
       Corporation v. Does 1-10    07 CN 7533 (DLC)

Dear Judge Cote:

We write as attorneys for plaintiffs in the above-referenced action to request an
adjournment of the initial conference scheduled for Friday, December 14, 2007, at
9:30 a.m., for a period of sixty days. No previous request for adjournment has been made.

This matter concerns the deceptive use of plaintiffs' NINE WEST trademark through the
posting of false advertisements and solicitations on a social networking Web site. In
addition to constituting trademark infringement, the gravamen of the complaint is that the
unidentified defendant(s) are soliciting photographs from young females, ages 13-25, and
asking them to appear for auditions as models.

Through the use of subpoenas, we believe we now have identified the defendant but have
not yet served him. The additional time is needed to effect service and allow time for
answer.

We look forward to the court's favorable consideration.

Respectfully submitted,

Robert L. Sherman
for PAUL, HASTINGS, JANOFSKY & WALKER LLP
RLS/lr

*The conference is adjourned to February 15, 2008 at 9:00 a.m.*

*Denise Cote*
*December 13, 2007*

LEGAL_US_E # 77537210.1