

# PaulHastings

RECEIVED
FEB 14 2008
CHAMBERS OF
DENISE COTE

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(212) 318-6037
robertsherman@paulhastings.com

February 14, 2008

**BY HAND**

35279.00019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/08

**MEMO ENDORSED**

Honorable Denise Cote
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, NY 10007

Re:  Nine West Development Corporation and Nine West Footwear Corporation v. Armon Invento and Does 1-10, 07 Civ. 7533 (DLC)

Dear Judge Cote:

We write as attorneys for plaintiffs in the above-referenced action to request an adjournment of the initial conference scheduled for Friday, February 15, 2008, at 9:30 a.m., for a period of thirty days. One previous request for adjournment has been made.

This matter concerns the deceptive use of plaintiffs' NINE WEST trademark through the posting of false advertisements and solicitations on a social networking Web site. In addition to constituting trademark infringement, the gravamen of the complaint is that the named defendant solicited photographs from young females, ages 13-25, asking them to appear for auditions as Nine West models.

After commencing the action against "Does 1-10," through the use of subpoenas, we identified and served the named defendant. He resides outside the district and, to our knowledge, has not retained counsel, despite our urging him to do so.

We are in the process of attempting to resolve the matter without the need for the Court's further involvement. Additional time would allow us to continue those efforts.

*The conference is adjourned to March 14 at 11:00 a.m. There shall be no further adjournment.*

*[signed] Denise Cote*
*Feb 14, 2008*

LEGAL_US_E # 78303798.1

PaulHastings

Honorable Denise Cote
February 14, 2008
Page 2

We look forward to the court's favorable consideration.

Respectfully submitted,

*Robert L. Sherman*

Robert L. Sherman
for PAUL, HASTINGS, JANOFSKY & WALKER LLP
RLS/lr